UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darryl Von Johnson,

    Petitioner,                                                                Case No. 09-11688

v.                                                                                   Hon. Nancy G. Edmunds

Raymond Booker,

    Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

SO ORDERED.


                               s/Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: October 5, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2011, by electronic and/or ordinary mail.

                               s/Carol A. Hemeyer
                               Case Manager